UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

G&C INVESTMENT CORP.,                                   Case No.: 17-20150-LMI
                                                        Chapter 7
        Debtor.
_____/
                                                        Adv. Case No.: 19−01807−LMI

MARCIA T. DUNN, Chapter 7 Trustee
Of the Bankruptcy Estate of G&C
INVESTMENT CORP.,

        Plaintiff,

v.

AMERICAN EAGLE SERVICES
GROUP, INC, a District of Columbia
corporation, AESG CAPITAL, INC.,
a  District of Columbia corporation,
and PAUL MAUCHA, an individual,

        Defendants.
_____/

## PLAINTIFF'S *EX PARTE* VERIFIED MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANTS AMERICAN EAGLE SERVICES GROUP, INC., AND <u>AESG CAPITAL, INC.</u>

Marcia T. Dunn, as Chapter 7 Trustee of the bankruptcy estate of G&C INVESTMENT CORP. (*"Trustee"*), pursuant to Rule 55 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure, and Local Rule 7055-1, moves for entry of clerk's default against American Eagle Services Group, Inc., and AESG Capital, Inc. (hereinafter collectively, *"Defendants"*) and in support thereof states:

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

1.      On November 5, 2019, the Trustee filed a Complaint against Defendants, which commenced the instant adversary proceeding (the "***Complaint***").

2.      On November 6, 2019, the Clerk issued the summons ("***Summons***") [ECF No. 3], along with the Order Setting Filing and Disclosure Requirements for Pretrial and Trial (the "***Pretrial Order***") [ECF No. 4].

3.      On November 12, 2019, Plaintiff filed a Certificate of Service [ECF No. 6], pursuant to which Plaintiff's counsel certified that a true and correct copy of the Complaint, Summons, and Pretrial Order was served on Defendants via U.S. Mail service at the below addresses:

American Eagle Services Group, Inc.
By and through Paul Maucha, its Registered Agent
5721 Potomac Ave NW
Washington, DC 20016

American Eagle Services Group, Inc.
1231 B. Good Hope Rd. SE.
Washington, DC. 20020

American Eagle Services Group, Inc.
By and through Paul Maucha, its Registered Agent
5721 Potomac Ave NW, Apt. A509
Washington, DC 20016

AESG Capital, Inc.
By and through Paul Maucha
5721 Potomac Ave NW
Washington, DC 20016

4.      The Plaintiff has not received returned mail from the United States Post Master with regard to the specific addresses listed above.

5.      On December 9, 2019, defendant, Paul Maucha (***"Mr. Maucha"***) filed the Motion for Extension of Time to respond to Complaint [ECF No. 7] (***"Motion for Extension"***).

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

6.      On January 10, 2020, the Court entered the Order granting the Motion for Extension [ECF No. 10], pursuant to which, set the deadline for Defendants to respond to the Complaint on or before January 24, 2020.

7.      As of February 18, 2020, a review of the docket reflects that Defendants have failed to file a responsive pleading to the Complaint.

8.      Attached as **Exhibit A** is the Verification Pursuant to Local Rule 7055-1.

9.      Accordingly, Plaintiff seeks entry of a Clerk's Default against Defendants, American Eagle Services Group, Inc. and AESG Capital, Inc. for failure to timely respond to the Complaint.

**WHEREFORE**, Plaintiff, Marcia T. Dunn, as Chapter 7 trustee of the bankruptcy estate of G&C INVESTMENT CORP., respectfully requests that the Clerk of the Court enter Defaults against Defendants, American Eagle Services Group, Inc. and AESG Capital, Inc., for failure to timely respond to the Complaint.

Dated: February 18, 2020.

Respectfully submitted,

s/ *Daniel N. Gonzalez*
Daniel N. Gonzalez, Esquire
Florida Bar No. 592749
dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on

February 18, 2020, as indicated below.

By: _s/ *Daniel N. Gonzalez*____
Daniel N. Gonzalez, Esq.

**<u>VIA U.S. MAIL</u>**:

American Eagle Services Group, Inc.
By and through Paul Maucha, its Registered Agent
5721 Potomac Ave NW
Washington, DC 20016

American Eagle Services Group, Inc.
1231 B. Good Hope Rd. SE.
Washington, DC. 20020

American Eagle Services Group, Inc.
By and through Paul Maucha, its Registered Agent
5721 Potomac Ave NW, Apt. A509
Washington, DC 20016

AESG Capital, Inc.
By and through Paul Maucha
5721 Potomac Ave NW
Washington, DC 20016

Paul Maucha
5721 Potomac Ave NW, Apt. A509
Washington, DC 20016-2559

Paul Maucha
5721 Potomac Ave NW
Washington, DC 20016-2559

**Exhibit B**

**VERIFICATION PURSUANT TO LOCAL RULE 7055-1**

STATE OF FLORIDA                    }

                                    }ss

COUNTY OF MIAMI-DADE                }


BEFORE ME the undersigned, an officer duly commissioned by the laws of the State of

Florida, personally appeared Daniel N. Gonzalez, who having been first duly sworn, deposes and

says:

1.      On November 12, 2019, the Plaintiff served the Complaint to Avoid and Recover

Fraudulent Transfer, Fraud, Unjust Enrichment and Conversion [ECF No. 1], Summons and

Notice of Pretrial/Trial in an Adversary Proceeding [ECF No. 3]; and Order Setting Filing and

Disclosure Requirements for Pretrial and Trial [ECF No. 4] via Mail Service: Regular, first class

United States mail, postage fully pre-paid, addressed to the Defendants at:

American Eagle Services Group, Inc.
By and through Paul Maucha, its Registered Agent
5721 Potomac Ave NW
Washington, DC 20016

American Eagle Services Group, Inc.
1231 B. Good Hope Rd. SE.
Washington, DC. 20020

American Eagle Services Group, Inc.
By and through Paul Maucha, its Registered Agent
5721 Potomac Ave NW, Apt. A509
Washington, DC 20016

AESG Capital, Inc.
By and through Paul Maucha
5721 Potomac Ave NW
Washington, DC 20016

2

2.    Per the Court's Order [ECF No. 10], Defendants' answers or responsive pleadings to the Complaint were due on or before January 24, 2020.

3.    No answer or other responsive pleading was filed or has been received or served upon undersigned counsel for Plaintiff by Defendants as of the date of this Verification.

FURTHER AFFIANT SAYETH NAUGHT.

By: _____
DANIEL N. GONZALEZ

STATE OF FLORIDA            )
                            ) ss.
COUNTY OF MIAMI-DADE        )

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, on February 18th, 2020, by Daniel N. Gonzalez (name of person making statement), the _____ of _____, and who:

X    is personally known to me;
☐    produced a current driver's license as identification; or
☐    produced _____ as identification.

_____
Signature of Notary

_Glenda Vallejo_
Printed Name of Notary
My Commission Expires:

2